FILED
CLERK, U.S. DISTRICT COURT

Sept 24, 2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_PMC\_\_\_\_ DEPUTY

1  Michael K. Brown (SBN 104252)
   mkbrown@reedsmith.com
2  Lisa M. Baird (SBN 179958)
   lbaird@reedsmith.com
3  Mildred Segura (SBN 210850)
   msegura@reedsmith.com
4  Michelle Cheng (SBN 239711)
   mcheng@reedsmith.com
5  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
6  Los Angeles, CA  90071

7  Telephone:  213.457.8000
   Facsimile:   213.457.8080
8
   Attorneys for Defendants
9  Medtronic, Inc., Medtronic Sofamor
   Danek USA, Inc., and Medtronic
10 Vertelink, Inc.

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILKEY, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>MEDTRONIC, INC., a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, USA, INC.; MEDTRONIC VERTELINK, INC.; and DOES 1 -50, inclusive,<br><br>   Defendants. | Case No.: 2:14-cv-04860-SVW-FFM<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br>Complaint Filed:  June 23, 2014<br><br>Honorable Stephen V. Wilson |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

US_ACTIVE-119780815

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL

1  Based on the Stipulation of Dismissal that has been filed in the above-captioned
2  matter, IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed
3  without prejudice with each party to bear its own costs.

5  Dated: September 24, 2015

Hon. Stephen V. Wilson
U.S. District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL